■ CARL J. PASQUANTINO et al., Respondents, v LIBERTY MUTUAL INSURANCE COMPANY, Appellant.—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Broughton, J. (And see *Buy For Less Wine & Liqs. v Commercial Union Ins. Co.,* 63 AD2d 976.) (Appeal from

order of Niagara Supreme Court—discovery.) Present—Simons, J. P., Hancock, Jr., Doerr, Witmer and Moule, JJ.